IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-00005-01-CR-W-BP |
| | ) | |
| CALVIN C. WALLACE, III, | ) | |
| | ) | |
| Defendant. | ) | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

Defendant Calvin C. Wallace, III appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(C) to Count One of the Indictment charging him with violating 18 U.S.C. § 1951, that is, conspiracy to commit robbery, to Counts Two, Four, Five, Seven, Nine, Eleven, and Thirteen charging him with violating 18 U.S.C. § 1951, that is, Hobbs Act Robbery, and to Count Three charging him with violating 18 U.S.C. § 924(c)(1)(A)(ii), that is, brandishing a firearm in furtherance of a crime of violence. The Plea Agreement states that the Government agrees to dismiss Counts Six, Eight, Ten, Twelve, and Fourteen of the Indictment at the time of sentencing. I determined that the guilty plea is knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offense. A record was made of the proceedings and a transcript has been requested.

Based on the foregoing, it is

RECOMMENDED that defendant Calvin C. Wallace, III's plea of guilty be conditionally accepted and that the Court defer a decision on the Plea Agreement until the Court has reviewed the presentence report as contemplated by Fed.R.Crim.P. 11(c)(3).

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1).

*/s/ Lajuana M. Counts*
Lajuana M. Counts
United States Magistrate Judge